IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY LEE BROWN,

   Petitioner,

     v.                            CIVIL ACTION FILE
                               NO. 1:09-CV-2770-TWT

UNITED STATES OF AMERICA,

   Respondent.

## ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending dismissing the Petition. For the reasons set forth in the Report and Recommendation, the Petitioner cannot use 28 U. S. C. § 2241 to challenge sentencing enhancements. In order to challenge the sentencing enhancement in a successive motion under 28 U. S. C. § 2255, he must obtain permission from the Court of Appeals. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\09\Brown\09cv2770\r&r.wpd

SO ORDERED, this 23 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge